

# Fourth Court of Appeals
## San Antonio, Texas

June 20, 2024

No. 04-23-01058-CV

**IN RE GUADALUPE VALLEY NURSING AND REHABILITATION CENTER**, and
Regency IHS of Guadalupe Valley, LLC, Relators

Original Proceeding[1]

### ORDER

On December 5, 2023, relators filed a petition for a writ of mandamus. On February 26, 2024, real party in interest filed a response. On March 28, 2024, relators filed a reply. This court has determined relators are not entitled to the relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on June 20, 2024.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of June, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 22-1070-CV-E, styled *James Henry Lenz, Individually and on Behalf of the Estate of Irene Mary Lange v. Guadalupe Valley Nursing and Rehabilitation Center and Regency IHS of Guadalupe Valley, LLC*, pending in the 456th District Court, Guadalupe County, Texas, the Honorable Heather H. Wright presiding.